The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
Plaintiff,
v.

$231,524.55 IN UNITED STATES FUNDS, more or less, and all proceeds therefrom, representing funds contained in Wells Fargo Bank Account Number ******6146, *et al.*
Defendants.

NO. C12-1786 JCC

NOTICE OF RELATED CASE

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Thomas Woods, Assistant United States Attorney for said District, submits this notice of related case.

On October 11, 2012, the government filed this civil forfeiture action against certain real property and funds. The government alleged that the property was subject to forfeiture on multiple grounds, including that the property was involved in an unlicensed money transmitting business that was conducted by Pavel Rombakh. Although Pavel Rombakh did not file a claim in the forfeiture proceedings, multiple other parties did.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The case was stayed pending the outcome of the government's related criminal investigation.

On May 8, 2014, the government filed an information charging Rombakh with conducting an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960. *See United States v. Rombakh*, CR14-137JLR. The information alleged that the property that was the subject of the forfeiture action was forfeitable. On May 13, 2014, Rombakh pleaded guilty and agreed to forfeit the property named in the information.

Thus, for the reasons set forth above, the forfeiture case and this criminal case are related. The government will file a similar notice in the criminal action.

DATED: May 20, 2014

                Respectfully submitted,

                JENNY A. DURKAN
                United States Attorney

                *s/ Thomas Woods*
                THOMAS WOODS
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Telephone: (206) 553-7970

NOTICE OF RELATED CASE -- 2
United States v. $231,524.55, et al. (C12-1786 JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on May 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

s/ Thomas M. Woods
THOMAS M. WOODS
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-0755
E-mail: thomas.woods2@usdoj.gov

NOTICE OF RELATED CASE -- 3
United States v. $231,524.55, et al. (C12-1786 JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970